75 F.3d 880
 64 USLW 2627
 In re CONTINENTAL AIRLINES: NationsBank of Tennessee, N.A.,
f/k/a NationsBank of Tennessee, as Collateral Trustee under
a Secured Equipment Indenture and Lease Agreement dated
March 15, 1987 ("NationsBank"); New Jersey National Bank,
as successor by merger to Constellation Bank, N.A., f/k/a
National State Bank of Elizabeth, N.J.; Harris Trust and
Savings Bank; and Boatman's First National Bank of
Oklahoma, as First, Second and Third Priority Secured
Equipment Certificates Trustees thereunder, respectively
(the "Series Trustees" and, collectively with NationsBank,
the "Trustees"), Appellants.
 No. 94-7748.
 United States Court of Appeals,
Third Circuit.
 March 27, 1996.
 
 1
 Present: SLOVITER, Chief Judge, BECKER, STAPLETON, MANSMANN, GREENBERG, SCIRICA, COWEN, NYGAARD, ALITO, LEWIS, McKEE and SAROKIN, and SEITZ,* Circuit Judges.
 
 
 2
 A majority of the active judges having voted for rehearing in banc in the above appeal, it is
 
 
 3
 ORDERED that the Clerk of this Court vacate the panel's opinion and judgment dated February 7, 1996, and list the above case for rehearing in banc on May 14, 1996.
 
 
 
 *
 as to panel rehearing only